**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON RAISER,<br><br>                    Plaintiff,<br><br>       vs.<br><br>CITY OF UPLAND, ET AL.,<br><br>                    Defendants. | CASE NO. ED CV 11-00465 RGK (RZ)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendations in the Report.

DATED: February 4, 2014

*Gary Klausner*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE