O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON RAISER,<br><br>       Plaintiff,<br><br>vs.<br><br>CITY OF UPLAND, ET AL.,<br><br>       Defendants. | CASE NO. ED CV 11-00465 RGK (RZ)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice.

DATED: February 4, 2014

*[signature: Gary Klausner]*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE